IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MUHAMAD ALY RIFAI, M.D.,

    PLAINTIFF,                            CASE NO. 5:24-cv-01242

V.

UNITED STATES DEPARTMENT
OF JUSTICE, ET AL.,

    DEFENDANTS

## MOTION FOR ADMISSION PRO HAC VICE OF RONALD W. CHAPMAN II

**TO THE HONORABLE JEFFREY L. SCHMEHL, JUDGE OF THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA:**

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Ronald W. Chapman II to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), as counsel for Plaintiff, Muhamad Rifai, M.D., and in support states the following:

1. Movant represents Ronald W. Chapman II is an attorney with Chapman Law Group (Chapman), 1441 W Long Lake Rd., Suite 310, Troy, Michigan 48098; Telephone: (248) 644-6323; Fax: (248) 644-6324; E-mail: rwchapman@chapmanlawgroup.com.

2. Ronald W. Chapman II is admitted in the following jurisdictions:

State Bar Admission

Michigan; admitted November 2009; State Bar of Michigan Number: P73179

Federal Bar Admissions

U.S. Supreme Court; n/a

    U.S. District Court for the Eastern District of Michigan, admitted September 5, 2013; n/a

    U.S. District Court for the Western District of Michigan, admitted November 25, 2013; n/a

    U.S. District Court for the Eastern District of Wisconsin; admitted November 27, 2018; n/a

    U.S District Court for the District of Columbia; admitted November 4, 2019; n/a

    U.S. District Court for the Western District of Pennsylvania, admitted July 29, 2020; n/a

    U.S. District Court for the Eastern District of Missouri, admitted April 15, 2020; n/a

    U.S. Court of Appeals for the 3rd, 4th, 5th, 6th, 9th, and 11th Circuits

3. Ronald W. Chapman II is in good standing in all jurisdictions to which he is admitted.

4. Ronald W. Chapman II has never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which he has been a member.

5. Ronald W. Chapman II's private and personal character is good.

6. Muhamad Rifai has retained Chapman Law Group including its members Ronald W. Chapman and Matthew C. Murray as plaintiff's counsel in the above-captioned matter. Chapman Law Group attorneys have been admitted pro hac vice in other matters in various jurisdictions. Ronald W. Chapman II has a state and federal practice in which he has represented clients in cases involving allegations of health care fraud, money laundering, mail and wire fraud, and Medicaid fraud. He has extensive experience in

asset forfeiture proceedings and has tried numerous cases at both the state and federal level. Ronald W. Chapman II's experience with complex white-collar criminal investigations and prosecutions, along with his past trial experience makes him especially qualified to represent Dr. Rifai in this case.

7. The filing fee accompanying this application has been paid.

                                      Respectfully submitted,

                                      */s/ Paul J. Hetznecker, Esquire*
                                      PAUL J. HETZNECKER
                                      1420 Walnut St
                                      Ste 911
                                      Philadelphia, PA 19102
                                      215-893-9640
                                      Email: phetznecker@aol.com

Date: April 3, 2024

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of April, 2024, a true and correct copy of the foregoing Pro Hac Vice Motion of Ronald W. Chapman II was filed electronically and served upon all counsel of record through the ECF system.

*/s/ Paul J. Hetznecker, Esquire*
PAUL J. HETZNECKER
1420 Walnut St
Ste 911
Philadelphia, PA 19102
215-893-9640
Email: phetznecker@aol.com