# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MUHAMAD ALY RIFAI** | : CIVIL ACTION |
| | : |
| v. | : NO. 5:24-cv-01242-JLS |
| | : |
| **THE UNITED STATES DEPARTMENT OF JUSTICE, et al.** | : |

## O R D E R

**AND NOW,** this 9th day of April day of 2025, **IT IS HEREBY ORDERED** that, out of an abundance of caution, the Plaintiff is permitted to file a Second Amended Complaint. However, any Second Amended Complaint will be restricted to adding only a claim challenging the constitutionality of Drug Enforcement Agency ALJ Appointments and the Removal Statute. Plaintiff will not be permitted to change the wording of any other allegations contained in the First Amended Complaint.

BY THE COURT:


/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**