IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MUHAMAD ALY RIFAI** | : CIVIL ACTION |
| | : |
| | : |
| v. | : NO. 24-cv-01242-JLS |
| | : |
| **THE UNITED STATES DEPARTMENT OF JUSTICE, et al.** | : |
| | : |

## O R D E R

**AND NOW,** this 10th day of September, 2025, it is **ORDERED** that:

1. The Defendants' Fed.R.Civ.P. 12(b)(1) motion to dismiss the Second Amended Complaint for lack of subject matter jurisdiction [Doc. 31] is **GRANTED**.
2. The Complaint is **DISMISSED** with prejudice.
3. The Plaintiff's motion for a preliminary injunction [Doc. 18] is **DENIED** as moot.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**